UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY JONES RICHARDSON, | ) | No. CV 09-3373 DMG (FFM) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| COUNTY OF SANTA BARBARA JAIL, et al., | ) | |
| Defendants | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed without prejudice.

DATED: November 12, 2010

_____
DOLLY M. GEE
United States District Judge